## Lampone, Appellant, *v.* Kepple Coach Lines.

Argued November 14, 1973. *John D. Finnegan,* with

868

him *Martin and Finnegan,* for appellant; *Patrick R. Riley,* with him *Costello & Berk,* for appellees.

Order affirmed.

SPAULDING, J., absent.